# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

§
§
§
§
§

**FILED**

DEC 0 3 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## ORDER

Came for consideration, *sua sponte*, the matter of stale misdemeanor probation and supervised release warrants issued by this Court. The best efforts of law enforcement authorities to serve the warrants on the following defendants have been unsuccessful. Thus, in the interest of justice and judicial economy, the Court hereby withdraws the previously issued warrants. Accordingly, it is

**ORDERED** that the identified violation warrants be withdrawn:

W02-313M - Tyiniesha McKissick

W02-371M - Dana Blake

W02-383M - Willie Payton

W02-384M - Tisha Shipman

W02-389M - William King

W02-390M - Kary Owens

W02-442M - Amanda Hartley

W02-444M - Juan S. Lee

W02-448M - Richard Fonville

W02-452M - Dromico Thompson

W02-454M - Faith Johnson

W02-495M - Earnet Lisane, Jr.

W02-514M - Omar Jones

W02-515M - Tara J. Jones

W02-540M - Lacretia N. Gibbs

W02-602M - Michael L. Parker

W02-607M - Michael Joseph McKinley

W02-700M - Nickolaus M. Thompson, Jr.

W02-704M - Chikina Altese Matthews

W02-734M - Hunter Phelps, Jr.

W02-736M - Daniel D. Maybury

W03-326M - Rani D. Escobedo

W03-328M - Ishmael C. Bryan

W03-338M - Tanya Dawn Gilbreath

W03-368M - Joy Deann Higdon

W03-405M - Theresa Thomas

The United States Probation Office is hereby authorized to close the files related to the identified cases only. This action shall become effective on the date of entry of this order.

SIGNED this 3rd day of December, 2008.

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE