# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

§
§
§
§
§

FILED

DEC 19 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## ORDER

Came on for consideration, *sua sponte*, the Court's Order of December 3, 2008, regarding the withdrawal of stale misdemeanor probation and supervised release warrants issued by this Court. The Court now finds that the majority of the cases listed in that Order did not contain probation or supervised release warrants, but rather, warrants for arrest. Accordingly, it is

**ORDERED** that the Court's Order of December 3, 2008, withdrawing the previously issued probation or supervised release warrants in the cases listed below, be **vacated** in its entirety pending further order of the Court.

W02-313M - Tyiniesha McKissick

W02-371M - Dana Blake

W02-383M - Willie Payton

W02-384M - Tisha Shipman

W02-389M - William King

W02-390M - Kary Owens

W02-442M - Amanda Hartley

W02-444M - Juan S. Lee

W02-448M - Richard Fonville

W02-452M - Dromico Thompson

W02-454M - Faith Johnson

W02-495M - Earnet Lisane, Jr.

W02-514M - Omar Jones

W02-515M - Tara J. Jones

W02-540M - Lacretia N. Gibbs

W02-602M - Michael L. Parker

W02-607M - Michael Joseph McKinley

W02-700M - Nickolaus M. Thompson, Jr.

W02-704M - Chikina Altese Matthews

W02-734M - Hunter Phelps, Jr.

W02-736M - Daniel D. Maybury

W03-326M - Rani D. Escobedo

W03-328M - Ishmael C. Bryan

W03-338M - Tanya Dawn Gilbreath

W03-368M - Joy Deann Higdon

W03-405M - Theresa Thomas

**SIGNED** this ___19th___ day of December, 2008.

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE