UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | CRIMINAL NO. W02-442M |
| ) | |
| AMANDA HARTLEY ) | |
| Defendant, ) | |
| ) | |
| ) | |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

NOW COMES the United States Attorney for the Western District of Texas and requests, by leave of the Court endorsed hereon, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss, without prejudice, the charges contained within the original information against the Defendant,

AMANDA HARTLEY

JOHNNY SUTTON
UNITED STATES ATTORNEY


BY:/s/_____
TIMOTHY J.MINTER
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | CRIMINAL NO. W02-442M |
| ) | |
| AMANDA HARTLEY ) | |
| ) | |
| Defendant, ) | |
| ) | |

## **ORDER**

On this day came the attorney for the Government before the Court and moved for dismissal without prejudice the charges contained in the original information in the above-styled cause.

It is therefore ORDERED that the charges against the Defendant AMANDA HARTLEY, in the above styled cause be dismissed without prejudice.

---

HONORABLE JEFFREY C. MANSKE
United States Magistrate Judge

---

DATE