UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
JAN 1 4 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | CRIMINAL NO. W02-442M |
| ) | |
| AMANDA HARTLEY ) | |
| ) | |
| Defendant, ) | |

## ORDER

On this day came the attorney for the Government before the Court and moved for dismissal without prejudice the charges contained in the original information in the above-styled cause.

It is therefore ORDERED that the charges against the Defendant AMANDA HARTLEY, in the above styled cause be dismissed without prejudice.

_____
HONORABLE JEFFREY C. MANSKE
United States Magistrate Judge

1/14/09
DATE